HMK/jb FS 7915

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,

            Plaintiff,                    07 CIV 7303 (HB) (THK)
                                                                    ECF CASE

    -against-

M/V DELZOUKRE, her engines, boilers,        **RULE 7.1 STATEMENT**
tackle, etc., MEADWAY SHIPPING &
TRADING INC., GRAND TEAM
NAVIGATION LTD., SK SHIPPING CO.,LTD.

            Defendants.
------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated:   August 1, 2007

                                                    KINGSLEY, KINGSLEY & CALKINS
                                                    Attorneys for Plaintiff

                                                    BY:__/S/_____
                                                       HAROLD M. KINGSLEY
                                                       91 W. Cherry Street
                                                       Hicksville, New York 11801
                                                       (516) 931-0064