UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.,

           Plaintiff,

v.

M/V DELZOUKRE, her engines, boilers, tackle, etc.,
MEADWAY SHIPPING & TRADING INC., GRAND TEAM
NAVIGATION LTD., SK SHIPPING CO., LTD.

           Defendants.

**CERTIFICATE OF MAILING**



07 CV 7303 (HB)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24th Day of August, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**15th Day of August, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 919 405

*J. Michael McMahon*
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

August 20, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

. v. M/V DELZOUKRE *et al.*
HB)

Complaint on the following
eral Rules of Civil Procedure Rule

ION LTD.
G & TRADING INC.
GMENIS AVENUE
NS, GREECE

Very truly yours,

HMK/jb
Encl.