CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
Attorneys for Defendant SK Shipping Co., Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>M/V DELZOUKRE, her engines, boilers, tackle, etc., MEADWAY SHIPPING & TRADING INC. GRAND TEAM NAVIGATION LTD., SK SHIPPING CO., LTD.<br><br>                    Defendants. | 07 Civ. 7303 (Judge Baer)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for defendant, SK Shipping Co., Ltd., certify upon information and belief that SK Shipping Co. Ltd. is a foreign corporation that has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated:  New York, New York
        September 10, 2007

                                            Respectfully submitted,
                                            CICHANOWICZ, CALLAN, KEANE,
                                             VENGROW & TEXTOR, LLP
                                            Attorneys for Defendant

                                            By: s/ Randolph H. Donatelli
                                                Randolph H. Donatelli (RHD/5359)
                                                61 Broadway, Suite 3000
                                                New York, New York 10006
                                                (212) 344-7042