CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

Attorneys for Defendant SK Shipping Co., Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAN FERROSTAAL, INC.

                        Plaintiff,

v.

M/V DELZOUKRE, her engines, boilers, tackle, etc.,
MEADWAY SHIPPING & TRADING INC. GRAND
TEAM NAVIGATION LTD., SK SHIPPING CO.,
LTD.

                        Defendants.

07 Civ. 7303 (Judge Baer)

**ANSWER TO COMPLAINT**

      Defendant SK SHIPPING CO., LTD. ("SK Shipping"), by its attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, for its answer to plaintiff's complaint, alleges upon information and belief as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2.

3. Admits that SK Shipping was a charterer of the vessel, but except as so specifically admitted, denies the allegations of paragraph 3.

4. Denies the allegations of paragraph 4.

5. Denies the allegations of paragraph 5.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6.

7. Denies the allegations of paragraph 7.

8. Denies the allegations of paragraph 8.

**AS AND FOR AFFIRMATIVE DEFENSES TO ALL CLAIMS, SK SHIPPING CO. LTD. ALLEGES UPON INFORMATION AND BELIEF AS FOLLOWS**

9. Repeat and reallege each and every admission, denial and denial of knowledge or information hereinabove set forth, with the same force and effect as if herein repeated and set forth at length.

**FIRST AFFIRMATIVE DEFENSE**

10. The above shipments were subject to all the terms, conditions and exceptions contained in certain bills of lading and/or charter parties issued therefor for which the shippers, owners, consignees or holders of said bills of lading and/or charter parties agreed to be bound and are bound.

**SECOND AFFIRMATIVE DEFENSE**

11. Any loss and/or damage to the above shipments was due to causes for which SK Shipping Co. Ltd. is not liable or responsible by virtue of the provisions the applicable Carriage of Goods by Sea Act and/or Harter Act and/or general maritime law.

**THIRD AFFIRMATIVE DEFENSE**

12. Plaintiff failed to mitigate its damages.

**FOURTH AFFIRMATIVE DEFENSE**

13. Any damage to and/or loss of the above shipments was caused by or due to the acts, omissions, fault or neglect of the owners of the shipment, the shippers or receivers

and their agents or the nature of the shipment, including inherent vice, or resulted from the acts, omissions, fault or neglect of other persons or entities for which SK Shipping Co. Ltd. is neither responsible nor liable.

### FIFTH AFFIRMATIVE DEFENSE

14. This Court is an improper forum pursuant to the forum selection clause in the bills of lading.

### SIXTH AFFIRMATIVE DEFENSE

15. This Court lacks personal jurisdiction over SK Shipping Co. Ltd.

### SEVENTH AFFIRMATIVE DEFENSE

18. Insufficiency of service of process.

WHEREFORE, SK Shipping Co. Ltd. prays for:

(a) An order dismissing plaintiff's complaint;

(b) An award of all costs including attorneys' fees; and

(c) Such other and further relief as this Court may deem just and proper.

Dated: New York, New York
September 10, 2007

Respectfully submitted,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant SK Shipping Co. Ltd.

By: s/ Randolph H. Donatelli
      Randolph H. Donatelli (RHD-5359)
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

TO:  Kingsley, Kingsley & Calkins
     91 West Cherry Street
     Hicksville, New York 11801
     (576) 931-0064

## CERTIFICATE OF SERVICE BY ECF AND U.S. MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On September 10, 2007, I served a complete copy of Defendant SK Shipping Co. Ltd.'s Answer by ECF and U.S. Mail to the following attorney at their ECF registered address and by regular U.S. Mail at the following address:

TO:    Kingsley, Kingsley & Calkins
         91 West Cherry Street
         Hicksville, New York 11801

_____
Amanda Magri

DATED:    New York, New York
              September 10, 2007