UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.      :

        Plaintiff,      :

    -against-      :

M/V DELZOUKRE, *her engines, boilers,*      :
*tackle, etc.,* MEADWAY SHIPPING &
TRADING, INC., GRAND TEAM      :
NAVIGATION, LTD., and SK SHIPPING
CO., LTD.      :

        Defendants.      :
------------------------------------------------------------X

07 Civ. 7303 (HB)

ECF CASE

**APPEARANCE OF CLAURISSE CAMPANALE-OROZCO ON BEHALF OF DEFENDANTS MEADWAY SHIPPING & TRADING INC. AND GRAND TEAM NAVIGATION LTD.**

The undersigned, duly admitted to practice before this Honorable Court, hereby enters her Appearance on behalf Defendants Meadway Shipping & Trading Inc. and Grand Team Navigation Ltd.

Dated: September 19, 2007
       New York, NY

By: _____

Defendants
MEADWAY SHIPPING & TRADING INC. and GRAND TEAM NAVIGATION LTD.

Claurisse Campanale-Orozco (CC3581)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel.: (212) 354-0025
Fax: (212) 869-0067
corozco@tisdale-law.com