9022/RHD
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

Attorneys for Defendant and Third-Party Plaintiff SK Shipping Co., Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC.<br><br>                              Plaintiff,<br>v.<br><br>M/V DELZOUKRE, her engines, boilers, tackle, etc., MEADWAY SHIPPING & TRADING INC. GRAND TEAM NAVIGATION LTD., SK SHIPPING CO., LTD.<br><br>                              Defendants.<br><br>-and-<br><br>SK SHIPPING CO. LTD.<br><br>                    Defendant and Third Party Plaintiff,<br>v.<br><br>STX PAN OCEAN (U.K.) CO. LTD.<br><br>                            Third Party Defendant. | 07 Civ. 7303 (Judge Baer)<br><br>**ANSWER TO CROSS-CLAIMS** |

Defendant and third-party plaintiff SK Shipping Co. Ltd. ("SK Shipping") by its attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, answering the cross-claims of defendants Meadway Shipping & Trading Inc. and Grand Team Navigation Ltd., alleges upon information and belief as follows:

    (1)  Denies the allegations of paragraph 21.

    (2)  Denies the allegations of paragraph 22.

WHEREFORE, SK Shipping prays for:

    (a) An order dismissing the cross-claims;

    (b) An award of all costs including attorneys' fees; and

    (c) Such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       September 28, 2007

                       Respectfully submitted,

                       CICHANOWICZ, CALLAN, KEANE,
                       VENGROW & TEXTOR, LLP
                       Attorneys for Defendant and Third-Party Plaintiff
                       SK Shipping Co. Ltd.

                       By: s/ Randolph H. Donatelli
                            Randolph H. Donatelli (RHD-5359)
                       61 Broadway, Suite 3000
                       New York, New York 10006-2802
                       (212) 344-7042

TO:   Kingsley, Kingsley & Calkins
       91 West Cherry Street
       Hicksville, New York 11801
       (516) 931-0064

       Tisdale Law Offices, LLC
       11 W. 42nd Street, Suite 900
       New York, New York 10036
       (212) 354-0025

## CERTIFICATE OF SERVICE BY ECF AND U.S. MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On September 28, 2007, I served a complete copy of Defendant SK Shipping Co. Ltd.'s Answer to Cross-Claims by ECF and U.S. Mail to the following attorney at their ECF registered address and by regular U.S. Mail at the following address:

TO:   Kingsley, Kingsley & Calkins
      91 West Cherry Street
      Hicksville, New York 11801

      Tisdale Law Offices, LLC
      11 W. 42nd Street, Suite 900
      New York, New York 10036

*Jennifer Scianna*
Jennifer Scianna

DATED:   New York, New York
         September 28, 2007