UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MAN FERROSTAAL, INC.                          :

      Plaintiff,                              :     07 CV 7303 (HB)

-against-                                     :

M/V DELZOUKRE, her engines, boilers,          :
tackle, etc., MEADWAY SHIPPING &
TRADING INC., GRAND TEAM                      :
NAVIGATION LTD., SK SHIPPING CO., LTD.
                                              :
      Defendants.
----------------------------------------------------------------X
MEADWAY SHIPPING & TRADING INC.               :
And GRAND TEAM NAVIGATION LTD.,
                                              :
      Third-Party Plaintiffs,                 :     **THIRD PARTY COMPLAINT**

                                              :

- against -                                   :

STX PAN OCEAN (U.K.) CO. LTD.,                :

      Third-Party Defendant.
----------------------------------------------------------------X

      Defendant / Third-Party Plaintiffs MEADWAY SHIPPING & TRADING CO. and GRAND TEAM NAVIGATION, LTD. (hereinafter "MEADWAY" and "GRAND TEAM"), by their attorneys, Tisdale Law Offices, LLC, as and for their Third-Party Complaint against STX PAN OCEAN (U.K.) CO. LTD. (STX), allege upon information and belief as follows:

      1.    This is a case of admiralty and maritime jurisdiction and an admiralty and maritime claim within the meaning of Fed. R. Civ. Pro. 9(h) and MEADWAY and GRAND TEAM hereby invoke Rules 14(c) and 18(a) of the Federal Rules of Civil Procedure.

2. At all material times herein, MEADWAY was and is a foreign entity organized under and existing by virtue of the laws of a foreign country with a principal place of business located in Piraeus, Greece.

3. At all material times herein, GRAND TEAM was and is a foreign entity organized under and existing by virtue of the laws of a foreign country with a principal place of business located in Piraeus, Greece.

4. At all material times herein, STX was and is a foreign entity organized under and existing by virtue of the laws of a foreign country with a principal place of business located in London, England.

5. At all material times herein, STX was the time charterer of the M/V DELZOUKRE ("Vessel") pursuant to a Time Charter Party entered into between GRAND TEAM and STX.

6. At all material times herein, STX time chartered the Vessel from GRAND TEAM and thereafter sub-chartered the vessel to Defendant SK SHIPPING CO. LTD.

7. Plaintiff MAN FERROSTAAL brought the above captioned action against the Defendants alleging loss and damage to a cargo of steel coils transported under bills of lading No.s: SKSMSANL 00208, 00209, 00210, 00211, 00212, 00213 and SKSMSAHU 00381 dated August 25, 2006 on the Vessel from Shanghai, China to New Orleans, Houston U.S.A. Plaintiff alleges physical damage and cargo shortage to the cargo in the amount of $55,000.00 U.S. Copies of the Plaintiff's Verified Complaint and Defendant / Third-Party Plaintiffs' Answer are annexed hereto as Exhibits 1 and 2 respectively.

8. Plaintiff alleges that the cargo was lost and damaged by Defendants as a result of their fault and neglect.

## AS AND FOR A FIRST CAUSE OF
## ACTION AGAINST STX PAN OCEAN UK CO. LTD.

9.  MEADWAY and GRAND TEAM repeat and reallege each and every allegation set forth in paragraphs 1 through 8 of the Third-Party Complaint as if repeated herein.

10. If the cargo was damaged as alleged in Plaintiff's Verified Complaint, then such damage was caused by the acts, omissions, fault, neglect, breach of contract and/or breach of warranty, express or implied of STX and / or its agents or servants.

11. By operation of Rule 14(c) of the Federal Rules of Civil Procedure, STX is liable directly to the Plaintiff.

## AS AND FOR A SECOND CAUSE OF
## ACTION AGAINST STX PAN OCEAN UK CO. LTD.

12. MEADWAY and GRAND TEAM repeat and reallege each and every allegation set forth in paragraphs 1 through 11 of the Third-Party Complaint as if repeated herein.

13. If the cargo was damaged as alleged in Plaintiff's Verified Complaint, then such damage was caused in whole or in party by the acts, omissions, fault, neglect, breach of contract and/or breach of warranty, express or implied of STX and / or its agents or servants.

14. Therefore, STX is liable directly to Plaintiff for any damages sustained as alleged in its Verified Complaint and, if Plaintiff recovers from MEADWAY or GRAND TEAM, whether by settlement or judgment, then MEADWAY or GRAND TEAM are entitled to indemnity and/or contribution from STX together with all costs and attorneys fees.

## AS AND FOR A THIRD CAUSE OF
## ACTION AGAINST STX PAN OCEAN UK CO. LTD.

15. MEADWAY and GRAND TEAM repeat and reallege each and every allegation set forth in paragraphs 1 through 14 of the Third-Party Complaint as if repeated herein.

16. If the cargo was damaged as alleged in Plaintiff's Verified Complaint, then such damage was caused in whole or in party by STX's breach of their contract of carriage with Plaintiff and/or their charter party contract with GRAND TEAM and/or their charter party contract with SK SHIPPING CO. LTD.

17. Therefore, STX is liable directly to Plaintiff for any damages sustained as alleged in its Verified Complaint and, if Plaintiff recovers from MEADWAY or GRAND TEAM, whether by settlement or judgment, then MEADWAY or GRAND TEAM are entitled to indemnity and/or contribution from STX together with all costs and attorneys fees.

**WHEREFORE**, Defendant / Third-Party Plaintiffs MEADWAY and GRAND TEAM pray that:

1. Process in due form of law may issue against Third-Party Defendant STX to appear and answer all and singular the mattes aforesaid and to answer the Plaintiff's Verified Complaint as provided in Rule 14(C) of the Federal Rules of Civil Procedure;\

2. If the Third-Party Defendant cannot be found within this District, then all its property within this District be attached in the amount of $55,000.00, with interest thereon and costs, pursuant to Supplemental Admiralty Rule B;

3. Judgment be entered in favor of the Third-Party Plaintiffs against Third-Party Defendant for indemnity and/or contribution;

4. Judgment be entered adjudging the Third-Party Defendant directly liable to the Plaintiff for any damages suffered by the Plaintiff as alleged in its Verified Complaint;

5. The Plaintiff's action against these Defendants / Third-Party Plaintiffs be dismissed;

6. Third-Part Plaintiffs be awarded costs and reasonable attorneys fees; and

7. For such other and further relief that this Court may deem just, proper and equitable.

Dated: New York, NY
September 26, 2007

By: *(signature)*

Attorneys for Defendants
MEADWAY SHIPPING & TRADING INC. AND GRAND TEAM NAVIGATION LTD.

Claurisse Campanale-Orozco (CC3581)
Thomas L. Tisdale (TT 5263)
Tisdale Law Offices, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel: (212) 354-0025
Fax: (212) 869-0067
corozco@tisdale-law.com
ttisdale@tisdale-law.com

## AFFIRMATION OF SERVICE

I hereby certify that on October 2, 2007, a copy of the foregoing THIRD PARTY COMPLAINT was served via U.S. mail, postage prepaid, on the following:

Harold M. Kingsley
Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801

Randolph H. Donatelli
Cichanowicz, Callan, Keane, Vengrow & Textor
61 Broadway, Suite 3000
New York, NY 10006

_____
Claurisse Campanale-Orozco