UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.  :

    Plaintiff,  :  07 CV 7303 (HB)

-against-  :  **DEFENDANTS / THIRD -PARTY PLAINTIFFS MEADWAY SHIPPING & TRADING INC. and GRAND TEAM NAVIGATION LTD.'s ANSWER TO CROSS CLAIM FILED BY SK SHIPPING CO., LTD.**

M/V DELZOUKRE, her engines, boilers,  :
tackle, etc., MEADWAY SHIPPING &
TRADING INC., GRAND TEAM  :
NAVIGATION LTD., SK SHIPPING CO., LTD.
    :

    Defendants.
------------------------------------------------------------X
MEADWAY SHIPPING & TRADING INC.  :
And GRAND TEAM NAVIGATION LTD.,
    :

    Third-Party Plaintiffs,
    :

- against -
    :

STX PAN OCEAN (U.K.) CO. LTD.,
    :

    Third-Party Defendant.
------------------------------------------------------------X

    Defendant / Third-Party Plaintiffs MEADWAY SHIPPING & TRADING CO. and GRAND TEAM NAVIGATION, LTD. (hereinafter "MEADWAY" and "GRAND TEAM"), by their attorneys, Tisdale Law Offices, LLC, answering the cross-claim of Defendant SK Shipping Co., Ltd., allege upon information and belief as follows:

1. Deny the allegations of Paragraph 18 of the Cross-claim.

2. Deny the allegations of Paragraph 19 of the Cross-claim.

**WHEREFORE**, Defendant / Third-Party Plaintiffs MEADWAY and GRAND TEAM pray for:

1. An Order dismissing Plaintiff's complaint;

2. An award of costs and attorneys' fees;

3. Judgment in favor of Meadway and Grand Team and against SK Shipping Co., Ltd. on the cross-claim;

4. Such other and further relief as this Court deems just, proper and equitable.

Dated: New York, NY
October 9, 2007

                                                Attorneys for Defendants
MEADWAY SHIPPING & TRADING INC. AND GRAND TEAM NAVIGATION LTD.

By: *Claurisse C. Orozco*

Claurisse Campanale-Orozco (CC3581)
Thomas L. Tisdale (TT 5263)
Tisdale Law Offices, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel: (212) 354-0025
Fax: (212) 869-0067
corozco@tisdale-law.com
ttisdale@tisdale-law.com

## AFFIRMATION OF SERVICE

I hereby certify that on October 9, 2007, a copy of the foregoing DEFENDANTS/THIRD-PARTY PLAINTIFFS MEADWAY SHIPPING & TRADING INC. and GRAND TEAM NAVIGATION LTD.'S ANSWER TO CROSS CLAIM FILED BY SK SHIPPING CO. LTD. filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/
Claurisse Campanale-Orozco