UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAN FERROSTAAL, INC.,

                Plaintiff,

-against-

M/V DELZOUKRE, her engines, boilers, tackle,      07 Civ. 7303 (HB)
etc., MEADWAY SHIPPING & TRADING
INC., GRAND TEAM NAVIGATION LTD., SK
SHIPPING CO., LTD.

                Defendants.
-------------------------------------------------------------X
MEADWAY SHIPPING & TRADING INC. and      **FED. R. CIV. P.**
GRAND TEAM NAVIGATION LTD. and SK      **7.1 CERTIFICATION**
SHIPPING CO. LTD.

                Third-Party Plaintiffs,

-against-

STX PAN OCEAN (U.K.) CO. LTD.,

                Third-Party Defendant.
-------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Third-Party Defendant STX PAN OCEAN (U.K.) CO. LTD. certifies upon information and belief that the Third-Party Defendant is a subsidiary of STX Pan Ocean Co. Ltd., a public company listed on the Singapore Stock Exchange.

Dated: New York, New York
       December 12, 2007

                                     **DeORCHIS, WIENER & PARTNERS, LLP**
                                     Attorneys for Third-Party Defendant
                                     STX PAN OCEAN CO. LTD.

                                     By: /s/ Christopher H. Mansuy
                                     **Christopher H. Mansuy (CM-0813)**
                                     61 Broadway, 26th Floor
                                     New York, New York 10006-2802
                                     (212) 344-4700
                                     Our File: 505-121