505-121

**DeORCHIS, WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700

Attorneys for Third-Party Defendant
STX PAN OCEAN (U.K.) CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,

                Plaintiff,

        -against-

M/V DELZOUKRE, her engines, boilers, tackle, etc., MEADWAY SHIPPING & TRADING INC., GRAND TEAM NAVIGATION LTD., SK SHIPPING CO., LTD.

                Defendants.
------------------------------------------------------------X
MEADWAY SHIPPING & TRADING INC. and GRAND TEAM NAVIGATION LTD. and SK SHIPPING CO. LTD.

                Third-Party Plaintiffs,

        -against-

STX PAN OCEAN (U.K.) CO. LTD.,

                Third-Party Defendant.
------------------------------------------------------------X

07 Civ. 7303 (HB)

**ANSWER TO AMENDED THIRD-PARTY COMPLAINT**

       Third-Party Defendant STX PAN OCEAN (U.K.) CO. LTD., by and through its attorneys, DeORCHIS, WIENER & PARTNERS, LLP answering the Amended Third-Party

Complaint of Meadway Shipping & Trading Inc. and Grant Team Navigation Ltd. alleges upon information and belief as follows:

1. Admits each and every allegation contained in Paragraph 1 of the Amended Third-Party Complaint.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3.

4. Admits each and every allegation contained in Paragraph 4 of the Amended Third-Party Complaint.

5. Admits each and every allegation contained in Paragraph 5 of the Amended Third-Party Complaint.

6. Admits each and every allegation contained in Paragraph 6 of the Amended Third-Party Complaint.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7.

8. Admits each and every allegation contained in Paragraph 8 of the Amended Third-Party Complaint.

**AS AND FOR A FIRST CAUSE OF ACTION**

9. Repeats and realleges each and every admission, denial and denial of knowledge or information contained in Paragraphs 1 through 8 inclusive of this Answer, with the same force and effect as if herein set forth at length.

10. Denies each and every allegation contained in Paragraph 10 of the Amended Third-Party Complaint.

11. Denies each and every allegation contained in Paragraph 11.

## AS AND FOR A SECOND CAUSE OF ACTION

12. Repeats and realleges each and every admission, denial and denial of knowledge or information contained in Paragraphs 1 through 11 inclusive of this Answer, with the same force and effect as if herein set forth at length.

13. Denies each and every allegation contained in Paragraph 13 of the Amended Third-Party Complaint.

14. Denies each and every allegation contained in Paragraph 14 of the Amended Third-Party Complaint.

## AS AND FOR A THIRD CAUSE OF ACTION

15. Repeats and realleges each and every admission, denial and denial of knowledge or information contained in Paragraphs 1 through 14 inclusive of this Answer, with the same force and effect as if herein set forth at length.

16. Denies each and every allegation contained in Paragraph 16 of the Amended Third-Party Complaint.

17. Denies each and every allegation contained in Paragraph 17 of the Amended Third-Party Complaint.

## AS AND FOR A FOURTH CAUSE OF ACTION

18. Admits each and every allegation contained in Paragraph 18 of the Amended Third-Party Complaint.

19. Admits each and every allegation contained in Paragraph 19 of the Amended Third-Party Complaint.

### AS AND FOR ALTERNATIVE AFFIRMATIVE DEFENSES TO THE CLAIMS SET FORTH IN THE COMPLAINT, THIRD-PARTY DEFENDANT STX PAN OCEAN (U.K.) CO. LTD. ALLEGES UPON INFORMATION AND BELIEF AS FOLLOWS:

#### *First Affirmative Defense*

20. The Amended Third-Party Complaint fails to state a claim upon which relief may be granted.

#### *Second Affirmative Defense*

21. Third-Party Defendant STX Pan Ocean Co., Inc. owes no duty, contractual or otherwise, to Meadway Shipping & Trading Inc.

#### *Third Affirmative Defense*

22. Pursuant to a certain charter party dated 25 July 2006 between Grand Team Navigation Ltd. and STX Pan Ocean (UK) Co., Ltd. the parties agreed in paragraph 17 and 30 to submit all disputes to arbitration at London and as a result, this Third-Party Complaint should be dismissed in favor of the contractually agreed forum.

WHEREFORE, Third-Party Defendant STX PAN OCEAN (U.K.) CO. LTD., demands judgment dismissing the Amended Third-Party Complaint herein, together with costs and disbursements of this action, and for such other and further relief as in the premises may be just and proper.

Dated: New York, New York
December 12, 2007

**DeORCHIS, WIENER & PARTNERS, LLP**
Attorneys for Third-Party Defendant
STX PAN OCEAN (U.K.) CO. LTD.


By:  /s/ Christopher H. Mansuy
**Christopher H. Mansuy (CM-0813)**
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700
Our File:  505-121

T O :

KINGSLEY, KINGSLEY & CALKINS
Attorneys for Plaintiffs
91 West Cherry Street
Hicksville, New York   11801

CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR LLP
Attorneys for Defendant and Third-Party Plaintiff SK Shipping Co., Ltd.
61 Broadway, Suite 3000
New York, New York  10006-2802
Attention:  Randolph H. Donatelli, Esq.

Tisdale Law Offices, LLC
11 West 42nd Street, Suite 900
New York, New York  10036

5