505-121

**DeORCHIS, WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700

Attorneys for Third-Party Defendant
STX PAN OCEAN (U.K.) CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAN FERROSTAAL, INC.,

      Plaintiff,

   -against-

M/V DELZOUKRE, her engines, boilers, tackle,    07 Civ. 7303 (HB)
etc., MEADWAY SHIPPING & TRADING
INC., GRAND TEAM NAVIGATION LTD., SK
SHIPPING CO., LTD.

      Defendants.
-------------------------------------------------------------X
MEADWAY SHIPPING & TRADING INC. and    **ANSWER TO AMENDED**
GRAND TEAM NAVIGATION LTD. and SK     **THIRD-PARTY COMPLAINT**
SHIPPING CO. LTD.

      Third-Party Plaintiffs,

   -against-

STX PAN OCEAN (U.K.) CO. LTD.,

      Third-Party Defendant.
-------------------------------------------------------------X

   Third-Party Defendant STX PAN OCEAN (U.K.) CO. LTD., by and through its

attorneys, DeORCHIS, WIENER & PARTNERS, LLP answers the Third-Party Complaint of

SK Shipping Co. Ltd. upon information and belief as follows:

1. Denies the allegations in Paragraph 1 of the Third-Party Complaint.

2. Denies the allegations in Paragraph 2 of the Third-Party Complaint.

3. Admits the allegations in Paragraph 3 of the Third-Party Complaint.

4. Admits the allegations in Paragraph 4 of the Third-Party Complaint.

5. Admits the allegations in Paragraph 5 of the Third-Party Complaint.

6. Third-Party Defendant is not required to respond to this allegation.

7. Admits the allegations in Paragraph 7 of the Third-Party Complaint.

8. Admits the allegations in Paragraph 8 of the Third-Party Complaint.

9. Denies the allegations in Paragraph 9.

10. Denies the allegations in Paragraph 10.

11. Admits the allegations in Paragraph 11 of the Third-Party Complaint.

12. Admits the allegations in Paragraph 12 of the Third-Party Complaint.

WHEREFORE, Third-Party Defendant STX PAN OCEAN (U.K.) CO. LTD., demands that the Third-Party Complaint be dismissed and/or stayed along with an award of reasonable costs and attorneys' fees.

Dated: New York, New York
       December 12, 2007

**DeORCHIS, WIENER & PARTNERS, LLP**
Attorneys for Third-Party Defendant
STX PAN OCEAN (U.K.) CO. LTD.

By:  /s/ Christopher H. Mansuy
**Christopher H. Mansuy (CM-0813)**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
Our File: 505-121

T O :

KINGSLEY, KINGSLEY & CALKINS
Attorneys for Plaintiffs
91 West Cherry Street
Hicksville, New York   11801

CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR LLP
Attorneys for Defendant and Third-Party Plaintiff SK Shipping Co., Ltd.
61 Broadway, Suite 3000
New York, New York   10006-2802
Attention:  Randolph H. Donatelli, Esq.

Tisdale Law Offices, LLC
11 West 42nd Street, Suite 900
New York, New York   10036