



## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 22, 2008

Hon. Theodore H. Katz               **Via fax (212) 805-7932**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    RE: MAN Ferrostaal, Inc. v. M/V DELZOURKE, et al.
       07 CIV 7303 (HB)(THK)
       Our Ref: FS 7915

Hon. Sir:

  We represent the plaintiff in the above captioned matter, refer to our previous status report letter dated January 15, 2008, and respectfully request that the current discovery deadline of February 1, 2008, be extended an additional 45 days to March 17, 2008.

  We last reported that settlement negotiations were nearly complete, but there still has been no confirmation to plaintiff from defendants' attorneys that a firm settlement offer exists. Unfortunately, defendants' attorney presenting the settlement offer is away on vacation this week, and we have been unable to obtain the current status of the offer so that we can report same to our clients, or indeed, to obtain consent of defendants' attorneys to this extension request..

  Discovery disputes remain outstanding over defendant SK Shipping's responses to plaintiff's discovery, and co-defendants Meadway and Grand Team have failed to formally respond to plaintiff's discovery demands, to date. We do not intend to present these disputes to the Court for resolution while settlement appears at hand, but plaintiff reserves its right to raise these disputes if the matter does not settle in the very near future.

The previous deadline to complete discovery by February 1, 2008, was not met because the parties' attorneys agreed to attempt settlement before engaging in further discovery, including resolving the discovery disputes.

Defendants' attorneys' tentative and conditional offer to settle this case was first made on December 27, 2007, and plaintiff has been waiting ever since for a firm offer to report to the plaintiff.

Accordingly, we respectfully request an extension to March 17, 2008, to complete discovery or resolve this case by settlement.

Thank you.

Respectfully,

[signature]

SPC/
cc:  Tisdale Law Offices, LLC                    **Via fax (203) 254-1641**
     Attorneys for Defendants Meadway and Grand Team
     11 W 42nd Street, Ste. 900
     New York, NY 10036
     (212) 354-0025

     Cichanowicz Callan Keane Vengrow & Textor   **Via fax (212) 344-7285**
     Attorneys for Defendant SK Shipping
     61 Broadway, Ste. 3000
     New York, NY 10006-2802
     (212) 344-7042.

     Deorchis, Weiner & Partners, Esqs.          **Via fax (212) 422-5299**
     Attorneys for third party defendant STX Pan Ocean
     61 Broadway, 26th Fl.
     New York, NY 10006-2802
     (212) 344-4700.

Granted. By February 1, 2008, The parties shall advise the Court as to the status of settlement discussions.

1/22/08

**SO ORDERED**

[signature]
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE