HMX/jb F97915

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

MAN FERROSTAAL, INC.

        Plaintiff,

-against-

M/V DELZOUKRE, her engines, boilers,
tackle, etc., MEADWAY SHIPPING &
TRADING INC., GRAND TEAM
NAVIGATION LTD., SK SHIPPING CO.,LTD.

        Defendants.
----------------------------------------X
MEADWAY SHIPPING & TRADING INC.,
GRAND TEAM NAVIGATION LTD., and
SK SHIPPING CO.,LTD.

        Third-party Plaintiffs,

-against-

STX PAN OCEAN SHIPPING CO., LTD.

        Third-party Defendant.
----------------------------------------X

ECF
07 Civ. 7303 (HB)

CONSENT ORDER
OF DISMISSAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

Hon. HAROLD BAER, JR., District Judge:

    This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims, including all cross-claims and third party claims, asserted herein are settled or are in the process of being settled, it is hereby

    ORDERED that the above entitled action be and hereby is dismissed with prejudice and without costs to any party. Should settlement not be finalized by

March 3, 2008, any party may apply to have the action reopened, and it is further

ORDERED that the Clerk of the Court is instructed to close any pending motions, close this case and remove it from my docket.

SO ORDERED:
New York, New York

Dated:     February 5, 2008

_____
U.S.D.J.

I hereby consent to the entry of this proposed order:

KINGSLEY, KINGSLEY & CALKINS
Attorneys for Plaintiff

By: _____
Steven P. Calkins
91 W. Cherry Street
Hicksville, NY 11801
(516) 931-0064

TISDALE LAW OFFICES, LLC
Attorneys for Defendants
Meadway and Grand Team

By: _____
Thomas Tisdale      CC 3581
11 West 42nd Street   Claurise C
New York, NY 10036    Orozco
(212) 354-0025

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR
Attorneys for Defendant
SK Shipping Co., Ltd.

By: _____
Randolph Donatelli (nd sJrt)
61 Broadway, 30th Fl.
New York, NY 10006
(212) 344-7042

DEORCHIS, WEINER & PARTNERS
Attorneys for Third-party Defendant
STX Pan Ocean Shipping Co., Ltd.

By: _____
Christopher H. Mansuy
61 Broadway, 26th Fl.
New York, NY 10006
(212) 344-4700