*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH





USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

February 28, 2008

Hon. Harold Baer
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Via Fax (212) 805-7901**

RE: MAN Ferrostaal, Inc. v. M/V DELZOURKE, et al.
07 CIV 7303 (HB)
Our Ref: FS 7915

Hon. Sir:

We represent the plaintiff in the above captioned, and refer to the Consent Order of Dismissal dated February 25, 2008, copy enclosed, and respectfully request a 30-day extension of the time to reopen this case to April 3, 2008, or that the case be reopened now, as settlement funds have not yet been received from defendants.

Respectfully,

[signature]

SPC/
Enc.
cc: Thomas L. Tisdale, Esq.         Via Fax (203) 254-1641
    Attn: Claurisse Campanale-Orozco, Esq.

    Cichanowicz Callan Keane         Via Fax (212) 344-7285
       Vengrow & Textor, Esqs.
    Attn: Randolph Donatelli, Esq.

[Handwritten annotation by Judge: "The 30 day extension to April 3 is denied, but I may have indicated an unspecified even date to reopen on the papers provided that may happen. Respectfully, Harold Baer, Jr., U.S.D.J. 2/1/08" — ORDERED]

Endorsement:

    I will grant the 30 day s to April 3 but must warn you that I have rarely granted an application to reopen and if I ever did it was on papers - not like these.